Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Coronado Transp. Systems, Inc., et al. | Case No: 3:15-cv-04462 |
| Plaintiff(s), | APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| v. | (CIVIL LOCAL RULE 11-3) |
| SIXT Franchise USA, LLC et al. | |
| Defendant(s). | |

I, __John D. Holland__, an active member in good standing of the bar of __Minnesota__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __all Plaintiffs__ in the above-entitled action. My local co-counsel in this case is __Jonathan Solish__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Dady & Gardner, P.A.<br>5100 IDS Center, 80 S 8th Street<br>Minneapolis, MN  55402 | BRYAN CAVE LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401 |
| MY TELEPHONE # OF RECORD:<br>(612) 359-9000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(310) 576-2100 |
| MY EMAIL ADDRESS OF RECORD:<br>jholland@dadygardner.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jonathan.solish@bryancave.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __028614X__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/30/15                                    S/John D. Holland
                                                               APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __John D. Holland__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 01/05/16                                    Kandis Westmore
                                            UNITED STATES DISTRICT/MAGISTRATE JUDGE